```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                                      Criminal No. 11-cr-106-01-B

**James A. Currier**


### O R D E R

The defendant has moved to continue the December 6, 2011 trial in the above case. Defendant cites the need for additional time to prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 6, 2011 to February 7, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until January 24, 2012 at 3:30 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

November 22, 2011

cc: Jonathan Saxe, Esq.
    William E. Morse, Esq.
    United States Probation
    United States Marshal